396 A.2d 16

Commonwealth v. Bronaugh, Appellant.

Submitted November 14, 1977. Louis R. Dadowski, Assistant Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.